Roger MATTES, as Trustee in Bankruptcy of Carpet Center, Inc., Bankrupt, Appellant,

v.

AMERICAN ACCEPTANCE CORPORATION.

No. 13724.

United States Court of Appeals Third Circuit.

Submitted on the Briefs Jan. 23, 1962.

Decided Feb. 9, 1962.

Joseph E. Gallagher, Scranton, Pa., for appellant.

Bertram Bennett, Philadelphia, Pa., Robert J. Doran, Wilkes-Barre, Pa. (Jenkins, Bennett & Jenkins, Philadelphia, Pa., Reynolds, Reynolds & Doran, Wilkes-Barre, Pa., on the brief), for appellee.

Before KALODNER, STALEY and SMITH, Circuit Judges.

PER CURIAM.

Upon review of the record we find no error.

The judgment of the District Court will be affirmed on the well-reasoned opinion of Chief Judge Murphy, 204 F.Supp. 26.